UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>      Petitioner,                             )<br>                                                    )<br>-v-                                                     )<br>                                                    )<br>XIAO WU CHEN,                            )<br>      Respondent.                         )<br>_____) | No. 1:16-mc-128<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the final order entered on this date (ECF No. 7), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  January 13, 2017                                /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      United States District Judge

1